# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:13-CR-11-1BO

DELANE F. ALSTON

On April 29, 2016, the above named was released from prison, and commenced a term of supervised release for a period of 12 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/ Timothy L. Gupton  
Timothy L. Gupton  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: March 1, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 2 day of March, 2017.

Terrence W. Boyle  
U.S. District Judge